**08 CV 7382**

CLOSED

# U.S. District Court
## Eastern District of Virginia (Norfolk)
### CIVIL DOCKET FOR CASE #: 2:08-cv-00212-JBF-FBS
### Internal Use Only

| | |
|---|---|
| United Coal Company, LLC v. Italiana Coke, s.p.a. | Date Filed: 05/07/2008 |
| Assigned to: District Judge Jerome B. Friedman | Date Terminated: 08/15/2008 |
| Referred to: Magistrate Judge F. Bradford Stillman | Jury Demand: None |
| Cause: 28:2201 Declaratory Judgment | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**United Coal Company, LLC**  represented by  **Brian Lawrence Schwalb**
*a Virginia Limited Liability Company*  Venable LLP
575 7th Street, NW
Washington, DC 20004-1601
(202) 344-4356
Fax: (202) 344-8300
Email: blschwalb@venable.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas Edwin Miller**
Patten Wornom Hatten & Diamonstein LC
12350 Jefferson Ave
Suite 300
Newport News, VA 23602
(757) 223-4500
Email: dmiller@pwhd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Harrell Shoemaker, Jr.**
Patten Wornom Hatten & Diamonstein LC
12350 Jefferson Ave
Suite 300
Newport News, VA 23602
(757) 223-4500
Email: jshoemaker@pwhd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael W. Robinson**
Venable LLP
8010 Towers Crescent Dr
Suite 300
Vienna, VA 22182
703-760-1600





A CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK
BY _____
         DEPUTY CLERK

Fax: 703-821-8949
Email: mwrobinson@venable.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Italiana Coke, s.p.a.**
*an Italian Company*

represented by **Charles Barnet Lustig**
Shuttleworth Ruloff Swain Haddad & Morecock PC
4525 South Blvd
Suite 300
Virginia Beach, VA 23452
(804) 671-6000
Fax: (757) 671-6004
Email: clustig@srgslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph De Simone**
Mayer Brown LLP
1675 Broadway
New York, NY 10019
**NA**
(212) 506-2500
Fax: (212) 262-1910
Email: jdesimone@mayerbrown.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence Hunter Woodward, Jr.**
Shuttleworth Ruloff Swain Haddad & Morecock PC
4525 South Blvd
Suite 300
Virginia Beach, VA 23452-1137
757-671-6000
Fax: 757-671-6004
Email: lwoodward@srgslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie Elie Chebli**
Mayer Brown LLP
1675 Broadway
New York, NY 10019
**NA**
(212) 506-2500
Fax: (212) 262-1910
Email: lchebli@mayerbrown.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shane Bullitt Kelbley**
Mayer Brown LLP
1675 Broadway
New York, NY 10019
**NA**
(212) 506-2500
Fax: (212) 849-5690
Email: skelbley@mayerbrown.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/07/2008 | 1 | COMPLAINT against Italiana Coke, s.p.a. ( Filing fee $350 receipt number 200004419.) filed by United Coal Company, LLC. (Attachments: # 1 Receipt, # 2 Civil Cover Sheet, # 3 Cover letter)(lwoo) Modified on 5/8/2008 to correct filing date (lwoo). (Entered: 05/08/2008) |
| 05/07/2008 | 2 | Financial Interest Disclosure Statement (Local Rule 7.1) by United Coal Company, LLC. (lwoo) (Entered: 05/08/2008) |
| 05/07/2008 |   | (Court only) Abatement deadline for 9/4/2008. (Foreign service-check status). (lwoo) (Entered: 05/08/2008) |
| 05/08/2008 | 3 | Summons with one copy issued as to Italiana Coke, s.p.a. and mailed to counsel 5/8/08. (Attachments: # 1 Magistrate's notice and Judge's instructions)(lwoo) (Entered: 05/08/2008) |
| 05/30/2008 | 4 | SUMMONS Returned Executed as to Italiana Coke, s.p.a. served on 5/27/2008. (lwoo) (Entered: 05/30/2008) |
| 05/30/2008 |   | (Court only) Suspense to 6/16/2008 for answer from Italiana Coke. (lwoo) (Entered: 05/30/2008) |
| 05/30/2008 |   | (Court only) ***Deadlines terminated as to abatement. (lwoo) (Entered: 05/30/2008) |
| 06/12/2008 | 5 | Consent MOTION for Extension of Time to File Response/Reply by United Coal Company, LLC. (Miller, Douglas) (Entered: 06/12/2008) |
| 06/13/2008 | 6 | Financial Interest Disclosure Statement (Local Rule 7.1) by Italiana Coke, s.p.a.. (Woodward, Lawrence) (Entered: 06/13/2008) |
| 06/17/2008 | 7 | Agreed ORDER granting 5 Motion for Extension of Time to File Response/Reply to 7/1/08. Signed by District Judge Jerome B. Friedman and filed on 6/17/08.Copies mailed 6/17/08. (lwoo) (Entered: 06/17/2008) |
| 06/17/2008 |   | (Court only) Suspense to 7/1/2008 for answer/response from Italiana Coke - see order. (lwoo) (Entered: 06/17/2008) |
| 06/26/2008 | 8 | MOTION for Joseph De Simone to appear Pro hac vice by Italiana Coke, s.p.a. (Attachments: # 1 Receipt)(lwoo) (Entered: 06/26/2008) |
| 06/26/2008 | 9 | MOTION for Leslie Elie Chelbi to appear Pro hac vice by Italiana Coke, s.p.a. (Attachments: # 1 Receipt)(lwoo) (Entered: 06/26/2008) |
| 06/27/2008 | 10 | ORDER granting 8 Motion for Pro hac vice, Appointed Joseph De Simone for Italiana Coke, s.p.a.. Signed by District Judge Jerome B. Friedman on 6/26/08 and filed 6/27/08. |

| | | |
|---|---|---|
| | | (jcow, ) (Entered: 06/27/2008) |
| 06/27/2008 | 11 | ORDER granting 9 Motion for Pro hac vice, Appointed Leslie Elie Chebli for Italiana Coke, s.p.a.. Signed by District Judge Jerome B. Friedman on 6/26/08 and filed 6/27/08. (jcow, ) (Entered: 06/27/2008) |
| 07/01/2008 | 12 | MOTION to Dismiss *the Complaint or in the Alternative To Transfer Venue* by Italiana Coke, s.p.a.. (Woodward, Lawrence) (Entered: 07/01/2008) |
| 07/01/2008 | 13 | Memorandum in Support re 12 MOTION to Dismiss *the Complaint or in the Alternative To Transfer Venue* filed by Italiana Coke, s.p.a.. (Woodward, Lawrence) (Entered: 07/01/2008) |
| 07/01/2008 | 14 | Declaration *of Massimo Busdraghi* by Italiana Coke, s.p.a.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Woodward, Lawrence) (Entered: 07/01/2008) |
| 07/01/2008 | 15 | Declaration *of Lawrence H. Woodward, Jr.* by Italiana Coke, s.p.a.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Woodward, Lawrence) (Entered: 07/01/2008) |
| 07/01/2008 | 16 | NOTICE by Italiana Coke, s.p.a *of Request for Hearing on Motion to Dismiss the Complaint or in the Alternative to Transfer Venue* (Woodward, Lawrence) (Entered: 07/01/2008) |
| 07/02/2008 | | (Court only) Suspense to 7/17/2008 for response to Motion to dismiss(12). (lwoo) (Entered: 07/02/2008) |
| 07/02/2008 | 17 | CERTIFICATE of Service re 15 Declaration, 14 Declaration, by Lawrence Hunter Woodward, Jr on behalf of Italiana Coke, s.p.a. (Woodward, Lawrence) (Entered: 07/02/2008) |
| 07/02/2008 | 18 | CERTIFICATE of Service by Lawrence Hunter Woodward, Jr on behalf of Italiana Coke, s.p.a. (Woodward, Lawrence) (Entered: 07/02/2008) |
| 07/14/2008 | 19 | Memorandum in Opposition re 12 MOTION to Dismiss *the Complaint or in the Alternative To Transfer Venue* filed by United Coal Company, LLC. (Attachments: # 1 Affidavit DECLARATION OF BRIAN SULLIVAN, # 2 Affidavit EXHIBIT A TO DECLARATION, # 3 Affidavit EXHIBIT B TO DECLARATION, # 4 Affidavit EXHIBIT C TO DECLARATION, # 5 Affidavit EXHIBIT D TO DECLARATION, # 6 Affidavit EXHIBIT E TO DECLARATION, # 7 Affidavit EXHIBIT F TO DECLARATION, # 8 Affidavit EXHIBIT G TO DECLARATION, # 9 Affidavit EXHIBIT H TO DECLARATION, # 10 Exhibit EXHIBIT 2, # 11 Proposed Order PROPOSED ORDER) (Robinson, Michael) (Entered: 07/14/2008) |
| 07/15/2008 | | (Court only) Suspense to 7/22/2008 reply to response (19). (lwoo) (Entered: 07/15/2008) |
| 07/17/2008 | 20 | Consent MOTION for Extension *of Time to File Reply* by Italiana Coke, s.p.a.. (Attachments: # 1 Proposed Order Extending Time to File Reply)(Woodward, Lawrence) (Entered: 07/17/2008) |
| 07/18/2008 | | (Court only) ***Attorney Charles Barnet Lustig for Italiana Coke, s.p.a. added. (lwoo) (Entered: 07/18/2008) |
| 07/24/2008 | | (Court only) ***Staff notes: Motion to dismiss (12) has been referred to Judge Friedman. (lwoo) (Entered: 07/24/2008) |
| 07/28/2008 | | (Court only) ***Deadlines terminated. (lwoo) (Entered: 07/28/2008) |
| 07/28/2008 | | Refer for 16(b) (lwoo) (Entered: 07/28/2008) |

| | | |
|---|---|---|
| 07/28/2008 | 21 | AGREED ORDER granting Defendant's 20 Motion for Extension of Time to File its reply in further support of its motion to dismiss or transfer is extended to 7/30/08. Signed by District Judge Jerome B. Friedman and filed on 7/28/08.(lwoo) (Entered: 07/29/2008) |
| 07/30/2008 | 22 | REPLY to Response to Motion re 12 MOTION to Dismiss *the Complaint or in the Alternative To Transfer Venue* filed by Italiana Coke, s.p.a.. (Attachments: # 1 Exhibit Supplemental Declaration of Massimo Busdraghi, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B)(Woodward, Lawrence) (Entered: 07/30/2008) |
| 07/30/2008 | | (Court only) ***Staff notes: #12 motion to dismiss has been referred to Judge Friedman. (lwoo) (Entered: 07/30/2008) |
| 07/30/2008 | 23 | RULE 26(f) PRETRIAL ORDER: Initial Pretrial Conference set for 8/27/2008 at 09:00 AM in Norfolk. Signed by Magistrate Judge F. Bradford Stillman and filed on 7/30/08. (lwoo) (Entered: 08/01/2008) |
| 08/13/2008 | 24 | MOTION for Shane Bullitt Kelbley to appear Pro hac vice by Italiana Coke, s.p.a. (Attachments: # 1 Receipt)(lwoo) (Entered: 08/13/2008) |
| 08/14/2008 | 25 | ORDER granting 24 Motion for Pro hac vice Appointed Shane Bullitt Kelbley for Italiana Coke, s.p.a. Signed by District Judge Jerome B. Friedman and filed on 8/14/08. (lwoo) (Entered: 08/14/2008) |
| 08/15/2008 | 26 | OPINION AND ORDER granting 12 Motion to Transfer venue and ordering the case be transferred to the Southern District of New York. The court declines to address Italiana Coke's motion to dismiss. Signed by District Judge Jerome B. Friedman and filed on 8/15/08. (lwoo) (Entered: 08/18/2008) |
| 08/18/2008 | 27 | Letter transferring case to Southern District of New York with certified copy of docket sheet and opinion and order. (lwoo) (Entered: 08/18/2008) |

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK